**SO ORDERED: March 20, 2007.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION
2007 TERM

IN RE: JOHN FRANCIS BEALE,   CASE NO.: 05-83535-FJO-7
      Debtor.
_____

CATHERINE A. KURTZ
      Plaintiff,

VS.   Adversary No.: 06-58008

JOHN FRANCIS BEALE,
      Defendant.

**ORDER DETERMINING DEBT NON-DISCHARGEABLE
PURSUANT TO 11 U.S.C. § 532**

This matter came before the Court on March 9, 2007, upon the Complaint of the Plaintiff, Catherine Kurtz, for a determination that the debt owed to Catherine Kurtz by the Defendant, John Francis Beale, is non-dischargeable under Section 523(a)(15) of the United States Bankruptcy Code, and the Court, after having the opportunity to observe the witnesses and hear their testimony, and having reviewed all pleadings and exhibits, and after having made its

findings of fact and conclusions of law on the record, finds for the <u>Plaintiff</u> on the complaint and determines that the debt for the 2005 Dodge Grand Caravan in connection with the parties' divorce decree and property settlement agreement is Non-dischargeable.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED, that the debt of Sixteen Thousand Forty-One Dollars and 30/100 ($16,041.30) owed by the Defendant, John F. Beale, to Plaintiff is non-dischargeable pursuant to section 523(a)(2); and

IT IS FURTHER ORDERED, that judgment be entered in favor of the Plaintiff on the Complaint in the amount of Sixteen Thousand Forty-One Dollars and 30/100 ($16,041.30) together with costs.

####

Distribution to:

Thomas S. Clary II
WRIGHT, SHAGLEY & LOWERY
500 Ohio Street
P.O. Box 8448
Terre Haute, IN  7808-8448

B. Scott Skillman
30 N. Seventh St., Suite 314
Terre Haute, IN  47808-1481

John Francis Beale
4010 E. Head Ave.
Rosedale, IN  47874

U.S. Trustee
101 W. Ohio Street
Suite 1000
Indianapolis, IN  46204